DOCUMENT 1

ELECTRONICALLY FILED
5/11/2017 11:16 AM
48-CV-2017-900053.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>48<br><br>Date of Filing:<br>05/11/2017 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA
**PATRICE PACKER ET AL v. RYDER TRANSPORTATION SERVICES, INC. ET AL**

**First Plaintiff:** ☐ Business ☑ Individual    **First Defendant:** ☑ Business ☐ Individual
         ☐ Government ☐ Other             ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ **INITIAL FILING**      A ☐ **APPEAL FROM DISTRICT COURT**      O ☐ **OTHER**

       R ☐ **REMANDED**      T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| DIN002 | 5/11/2017 11:16:43 AM | /s/ WOODFORD W. DINNING JR. |
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**      ☐ YES ☐ NO ☑ UNDECIDED

DOCUMENT 2



ELECTRONICALLY FILED
5/11/2017 11:16 AM
48-CV-2017-900053.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER and JOHNNIE PACKER )
                      )
      Plaintiffs, )
                      )
                      )   CASE NO: CV 2017-_____
v. )
                      )
RYDER TRANSPORTATION SERVICES, INC., )
RYDER TRUCK RENTAL, INC., EARL TRAVIS )
DARDEN, A, B, and/or C, being the correct legal )
designations of the named Defendants; Defendants )
D and E, being the correct legal designations of that )
person, firm, or entity that employed, supervised, )
controlled and/or was the principal, carrier, and/or )
lessee/lessor of Earl Travis Darden; Defendants F, )
G, and H, being the correct legal designation of that )
person or entity whose acts of negligence and/or )
wantonness caused injury to the Plaintiff Patrice )
Packer; Defendants I and J being the correct legal )
designation of that person or entity that employed )
the person whose negligence and/or wantonness )
caused injury to Patrice Packer; and Defendant K )
and L, being the correct legal designation of the )
person who was operating the motor vehicle )
involved in the accident that resulted in the injury )
to Patrice Packer; and Defendant M and N, being the )
person, firm, or entity whose negligence and/or )
wanton entrustment of the vehicle made the basis of )
this suit to the driver thereof resulted in the injury )
of Patrice Packer; Defendants O and P, being the )
correct legal designation of the person or entity on )
whose behalf the driver of the vehicle made the )
basis of this suit was acting at the time of the )
accident described herein and/or who leased, owned )
or was the carrier of the vehicle made the basis of )
this suit; Defendant Q and R, being the correct legal )
designation of any person, firm or entity who was )
the successor and/or predecessor in interest to any )
named Defendant and/or Defendant described )
fictitiously herein; all of whose true and correct )
legal identities are unknown at this time but will be )
added by amendment when ascertained. )

      Defendants.

## **COMPLAINT**

      COME NOW the Plaintiffs, Patrice Packer and Johnnie Packer, and respectfully file this

Complaint with the Court, submitting unto the Court as follows:

1.      The Plaintiffs, Patrice Packer and Johnnie Packer are residents of Marengo County, Alabama.

2.      The Defendant, Ryder Transportation Services, Inc., is a corporation doing business in Marengo County, Alabama.  Likewise, the Defendant, Ryder Truck Rental, Inc., is a corporation doing business in Marengo County, Alabama.  In addition, Ryder Truck Rental of Meridian, Mississippi, is a corporation doing business in Marengo County, Alabama.  More particularly, said Defendants, jointly, severally and/or individually, were or are the owner, DOT carrier, operator and/or lessee/lessor of a commercial motor vehicle that was by design and intent traveling on U.S. Highway 43 located in Marengo County, Alabama.  Hereinafter, said Defendants will be referred to as "Ryder".

3.      The Defendant, Earl Travis Darden, was the driver of the vehicle that caused the automobile accident made the subject matter of this litigation.  Said Earl Travis Darden was at all times herein an employee, agent, representative of and/or DOT carrier driver for the Defendants named in paragraph 2, above.  Additionally, and/or alternatively, Earl Travis Darden was acting in his individual compacity and/or was subject to the control and the authority of the Defendants named in paragraph 2, above.  Plaintiff Patrice Packer alleges the doctrine of *Respondeat Superior* and/or *principal-agent* as to each and all of the named Defendants in paragraph 2, above, and Defendants A through R.

4.      Fictitious Defendants are described as follows: A, B, and/or C, being the correct legal designations of the named Defendants; Defendants D and E, being the correct legal designations of that person, firm, or entity that employed, supervised, controlled and/or was the principal, carrier, and/or lessee/lessor of Earl Travis Darden; Defendants F, G, and H, being the correct legal designation of that person or entity whose acts of negligence and/or wantonness caused injury to the Plaintiff Patrice Packer; Defendants I and J being the correct legal designation of that person or entity that employed the person whose negligence and/or wantonness caused injury to Patrice Packer; and Defendant K and L, being the correct legal designation of the person who was operating the motor vehicle involved in the accident that resulted in the injury to Patrice Packer; and Defendant M and N, being the person, firm, or entity whose negligence and/or wanton entrustment of the vehicle made the basis of  this suit to the driver thereof

resulted in the injury of Patrice Packer; Defendants O and P, being the correct legal designation of the person or entity on whose behalf the driver of the vehicle made the basis of this suit was acting at the time of the accident described herein and/or who leased, owned or was the carrier of the vehicle made the basis of this suit; Defendant Q and R, being the correct legal designation of any person, firm or entity who was the successor and/or predecessor in interest to any named Defendant and/or Defendant described fictitiously herein; all of whose true and correct legal identities are unknown at this time but will be added by amendment when ascertained.    Hereinafter said fictitious defendants will be referred to collectively as "Defendants' A through R".

5.    On or about the 15th day of May, 2015, Darden was operating an eighteen-wheel commercial vehicle on behalf of, owned by, and/or as a carrier driver of the Defendants named above on U.S. Highway 43 in Marengo County, Alabama. While doing so, Defendant Darden operated said vehicle in such a fashion as to cause it to collide with a vehicle being driven by Plaintiff Patrice Packer, causing her injury. All acts which form the basis of this Complaint occurred in Marengo County, Alabama. Additionally, said acts occurred within two (2) years of the filing of this Complaint.

### FIRST CAUSE OF ACTION

6.    Plaintiff, Patrice Packer adopts and re-alleges the allegations contained in 1 through 5 of said Complaint as if set out fully herein in this First Cause of Action.

7.    The Plaintiff avers that the above described conduct on the part of Ryder, the Defendant Darden and/or Defendants A through R constitutes negligence. Further, said Defendants Ryder and Defendants A through R are responsible for the same given their position as owner, lessor, carrier and/or for said vehicle being operated by Defendant Darden for their benefit.

8.    Darden negligently operated the tractor trailer rig of Ryder and drove said rig so as to cause or allow said rig to collide with the vehicle being lawfully operated by Patrice Packer. Darden operated said vehicle for the benefit of Defendants, Ryder, and Defendants A through R.

9.    As a proximate consequence of the negligence of said Darden. Patrice was caused to suffer temporary and permanent injuries. She has incurred medical expenses in an effort to heal and cure

her injuries, and will incur medical expenses in the future. Patrice Packer was caused to suffer physical pain and significant and extreme mental anguish, said injuries being permanent and apparently lifelong injuries.  Also, Patrice Packer has suffered extensive loss of income and loss of promotions and other benefits with her employment.

10.     The accident made the basis of this lawsuit occurred as the proximate result of the negligence of all Defendants in failing to properly operate said vehicle, failing to keep a proper lookout, failing to stop or avoid the collision, and in Defendants' violation of various rules of the road.

WHEREFORE, the premises considered, your Plaintiff, Patrice Packer, demands judgment against all Defendants, separate and severally, for compensatory and actual damages, general damages, and such other damages as allowed by the State of Alabama in an amount in excess of this Honorable Court's jurisdictional limit, plus interest and cost.

## SECOND CAUSE OF ACTION

11.     Plaintiff Patrice Packer re-alleges each and every allegation contained in paragraphs 1 through 10 as if set out fully herein.

12.     Defendant Darden wantonly operated the motor vehicle that caused the accident and the injury sustained by Patrice Packer as an employee, agent, or representative of the Defendants, consisting of Ryder and Defendants A through R, said actions of Darden being for the benefit of said Defendants and Ryder.

13.     The accident made the basis of this lawsuit occurred as the proximate result of the wantonness of said Defendants in failing properly operate said vehicle, or failing to make certain that said vehicle was operated without wantonness, and in violation of various rules of the road.

WHEREFORE, the premises considered, your Plaintiff Patrice Packer, demands judgment against Darden, Ryder, and Defendants A through R, for compensatory and punitive damages, general damages, and such other damages as allowed by the State of Alabama in an amount in excess of this Honorable Court's jurisdictional limit, plus interest and costs.

## THIRD CAUSE OF ACTION

14.    Plaintiff Patrice Packer avers, adopts, and re-alleges the allegations set out in paragraphs one through thirteen as though fully set out herein.

15.    On or about 15ʰ day of May, 2015, Plaintiff, Patrice Packer, was injured in a motor vehicle accident that occurred in Marengo County, Alabama, as described above. At that time and place, Darden was operating a motor vehicle for the benefit of Ryder, and Defendants A through R, and negligently operated or wantonly operated said vehicle so as to cause or allow the same to strike the vehicle occupied by the Plaintiff.   Plaintiff could in no way avoid this collision. The accident made the basis of this lawsuit occurred as a proximate result of the agent or employee of said Defendants in failing to operate properly said vehicle, and in violation of various rules of the road.

16.    As a proximate result of the negligence of the agent, representative, or employee of said Defendants, Plaintiff was caused to suffer temporary and permanent injuries. She has incurred medical expenses in an effort to heal and cure her injuries, and will incur future medical expenses. Patrice Packer was caused to suffer physical pain and significant and extreme mental anguish, said injuries being permanent and lifelong injuries. Also, Patrice Packer has suffered extensive loss of income and loss of promotions and other benefits with her employment.

WHEREFORE, the premises considered, your Plaintiff, Patrice Packer, demands judgment against Ryder, and Defendants A through R, for compensatory and punitive damages, general damages, and such other damages as allowed by the State of Alabama in an amount in excess of this Honorable Court's jurisdictional limit, plus interest and costs.

## FOURTH CAUSE OF ACTION

17.    Plaintiff adopts and re-alleges the allegations set out in paragraphs one through sixteen of the complaint within this Fourth Cause of Action.

18.    Darden negligently operated the tractor trailer rig of Ryder and drove said rig so as to cause or allow said rig to collide with the vehicle occupied by Patrice Packer. Darden operated said vehicle for the benefit of Defendants, A through R and Ryder, separately and severally.

19.     As a proximate consequence of the negligence of said Darden, Patrice Packer was caused to suffer temporary and permanent injuries. She has incurred medical expenses in an effort to heal and cure her injuries, and will incur future medical expenses in the future. Patrice Packer was caused to suffer physical pain and significant and extreme mental anguish, said injuries being permanent and apparently lifelong injuries.

20.     The accident made the basis of this lawsuit occurred as a proximate result of the negligence of Defendant Darden in failing to properly operate said vehicle, failing to keep a lookout, failing to stop or avoid the collision, and in the Defendant Darden's violation of various rules of the road.

WHEREFORE, the premises considered, your Plaintiff, Patrice Packer, demands judgment against Darden for compensatory and actual damages, general damages, and such other damages as allowed by the State of Alabama in an amount in excess of this Honorable Court's jurisdictional limit, plus interest and costs.

## FIFTH CAUSE OF ACTION

21.     The Plaintiff, Johnnie Packer, adopts and re-alleges the allegations set out in paragraphs one through twenty as though fully set out herein.

22.     On or about the 15th day of May, 2015, Darden negligently operated the vehicle of Ryder, and/or Defendants A through R, so as to cause or allow the same to strike the vehicle in which Patrice Packer, his wife, was sitting. The accident made the basis of this lawsuit occurred as a proximate result of the negligence of the Defendant Darden in failing to properly operate his vehicle, failing to keep a proper lookout, and in violation of various rules of the road.

23.     As a proximate result of the above conduct of the Defendant Darden, all for which Defendants A through R and Ryder are liable under *responeat superior*, the Plaintiff, Johnnie Packer, was caused to suffer the loss of consortium and companionship of his wife, and has suffered from said loss of consortium and had to incur tremendous expense in conjunction with the injuries suffered by his wife.

WHEREFORE, the premises considered, your Plaintiff, Johnnie Packer, demands judgment against Darden, Ryder, and Defendants A through R, for compensatory and punitive damages, general

damages, and such other damages as allowed by the State of Alabama in an amount in excess of this

Honorable Court's jurisdictional limit, plus interest and costs.

Done this the 11th day of May, 2017.


/s/ Woodford W. Dinning, Jr.
Woodford W. Dinning, Jr. (DIN002)
Attorney for Plaintiffs
Lloyd & Dinning, LLC
Post Office Drawer 740
Demopolis, Alabama 36732
Telephone: (334) 289-0556

/s/ John M. Gibbs
John M. Gibbs   (GIB028)
Attorney for Plaintiffs
Gibbs & Sellers, PC
Post Office Box1276
Demopolis, Alabama 36732
Telephone: (334) 289-2255


**PLAINTIFFS DEMAND TRIAL BY STRUCK JURY**

## Jodie A. Bennett

| | |
|---|---|
| **From:** | Donald P. Nystrom |
| **Sent:** | Thursday, May 25, 2017 8:03 AM |
| **To:** | Jodie A. Bennett; Ryder Claims; James M. Reedy |
| **Cc:** | Rose Mandigo; Elvira M. Leach |
| **Subject:** | FW: Alabama Suit |
| **Attachments:** | vynhcs1jdca43fhgwm22qf2x_47dbadde-d4d9-4f79-87f5-c0462e8d6e16.pdf |

Log for spreadsheet – I guess it would have helped if I sent the attachment

Don Nystrom
Claims Manager
Ryder National Liability Claims Office
P. O. Box 2377
Centennial, CO 80161
800-753-8808 Ext. 315

**From:** bross@carrallison.com [mailto:bross@carrallison.com]
**Sent:** Thursday, May 25, 2017 5:35 AM
**To:** Donald P. Nystrom; Elvira M. Leach; Rose Mandigo
**Subject:** Alabama Suit

Guys,

This new lawsuit appeared on the court filing report last night, though it looks like it was filed 14 days ago. I have not heard of it before, so I am sending this to all of you so it can get to the right person:

Patrice Packer; Johnnie Packer    Car collision.                                               Woodford Dinning
v.
Ryder Transportation Services
Inc.; Ryder Truck Rental Inc.;
Earl T. Darden
5/11/2017 48-CV-17-900053

The online data shows summonses issued on 5/11. It has the Ryder Transportation Services summons going to Centennial, CO, which I assume is your office. There is no service noted on that one. The RTR one is going to some address in Mississippi and actually shows service on 5/19. The one to Darden was served on 5/19 as well at an address in Mississippi. This creates a removal deadline of 6/19 (getting an extra day because the 18th is on a weekend). The attorneys are John Gibbs and Woody Dinning. I have tried jury cases in Marengo County both with and against Dinning. He is a good lawyer, but most importantly, he and Gibbs are extremely well connected in that venue. Judge Hardaway is very plaintiff leaning and very local-lawyer leaning. In a venue ranking of Alabama's 67 counties, I would put Marengo somewhere between 55 and 60, so it is a venue to get away from if possible. Removal would be to the Southern District in Mobile. The division that the federal court would draw from is not great, but better than having to deal with Hardaway and much less comfortable for plaintiff's counsel.

I have attached the complaint for you as well. Let me know if I can help further.

**Brett A. Ross**
*Attorney*



**CARR ALLISON**

100 Vestavia Parkway   Birmingham, AL 35216

Telephone   (205) 949-2938
Facsimile    (205) 822-2057

**website | bio | vCard | map | email**

Alabama · Florida · Mississippi · Tennessee

CONFIDENTIALITY NOTICE:  This email (including any file attachments) is for the sole use of the intended recipients - not necessarily the addressees - and may contain confidential and privileged information that by its privileged and confidential nature is exempt from disclosure under applicable law. You are hereby notified that dissemination, disclosure, distribution, duplication, or other use of this transmission by someone other than an intended recipient or an intended recipient's designated agent is strictly prohibited. If you are not an intended recipient or believe you have received this transmission in error, please notify the sender.

ELECTRONICALLY FILED
5/11/2017 11:16 AM
48-CV-2017-900053.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

| | |
|---|---|
| PATRICE PACKER and JOHNNIE PACKER | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO: CV 2017-_____ |
| | ) |
| RYDER TRANSPORTATION SERVICES, INC., | ) |
| RYDER TRUCK RENTAL, INC., EARL TRAVIS | ) |
| DARDEN, A, B, and/or C, being the correct legal | ) |
| designations of the named Defendants; Defendants | ) |
| D and E, being the correct legal designations of that | ) |
| person, firm, or entity that employed, supervised, | ) |
| controlled and/or was the principal, carrier, and/or | ) |
| lessee/lessor of Earl Travis Darden; Defendants F, | ) |
| G, and H, being the correct legal designation of that | ) |
| person or entity whose acts of negligence and/or | ) |
| wantonness caused injury to the Plaintiff Patrice | ) |
| Packer; Defendants I and J being the correct legal | ) |
| designation of that person or entity that employed | ) |
| the person whose negligence and/or wantonness | ) |
| caused injury to Patrice Packer; and Defendant K | ) |
| and L, being the correct legal designation of the | ) |
| person who was operating the motor vehicle | ) |
| involved in the accident that resulted in the injury | ) |
| to Patrice Packer; and Defendant M and N, being the | ) |
| person, firm, or entity whose negligence and/or | ) |
| wanton entrustment of the vehicle made the basis of | ) |
| this suit to the driver thereof resulted in the injury | ) |
| of Patrice Packer; Defendants O and P, being the | ) |
| correct legal designation of the person or entity on | ) |
| whose behalf the driver of the vehicle made the | ) |
| basis of this suit was acting at the time of the | ) |
| accident described herein and/or who leased, owned | ) |
| or was the carrier of the vehicle made the basis of | ) |
| this suit; Defendant Q and R, being the correct legal | ) |
| designation of any person, firm or entity who was | ) |
| the successor and/or predecessor in interest to any | ) |
| named Defendant and/or Defendant described | ) |
| fictitiously herein; all of whose true and correct | ) |
| legal identities are unknown at this time but will be | ) |
| added by amendment when ascertained. | ) |
| | ) |
| Defendants. | |

## DEMAND FOR TRIAL BY JURY

Plaintiffs demand a trial by struck jury as to all issues in this litigation.

DOCUMENT 3

RESPECTFULLY submitted this the 11th day of May, 2017.


/s/ Woodford W. Dinning, Jr.
Woodford W. Dinning, Jr.  (DIN002)
Attorney for Plaintiffs
Lloyd & Dinning, LLC
Post Office Drawer 740
Demopolis, Alabama 36732
Telephone: (334) 289-0556

/s/ John M. Gibbs
John M. Gibbs     (GIB028)
Attorney for Plaintiffs
Gibbs & Sellers, PC
Post Office Box 1276
Demopolis, Alabama 36732
Telephone: (334) 289-2255

ELECTRONICALLY FILED
5/11/2017 11:16 AM
48-CV-2017-900053.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER and JOHNNIE PACKER )
)
     Plaintiffs, )     CASE NO: CV 2017-_____
)
v. )
)
RYDER TRANSPORTATION SERVICES, INC., )
RYDER TRUCK RENTAL, INC., EARL TRAVIS )
DARDEN, A, B, and/or C, being the correct legal )
designations of the named Defendants; Defendants )
D and E, being the correct legal designations of that )
person, firm, or entity that employed, supervised, )
controlled and/or was the principal, carrier, and/or )
lessee/lessor of Earl Travis Darden; Defendants F, )
G, and H, being the correct legal designation of that )
person or entity whose acts of negligence and/or )
wantonness caused injury to the Plaintiff Patrice )
Packer; Defendants I and J being the correct legal )
designation of that person or entity that employed )
the person whose negligence and/or wantonness )
caused injury to Patrice Packer; and Defendant K )
and L, being the correct legal designation of the )
person who was operating the motor vehicle )
involved in the accident that resulted in the injury )
to Patrice Packer; and Defendant M and N, being the )
person, firm, or entity whose negligence and/or )
wanton entrustment of the vehicle made the basis of )
this suit to the driver thereof resulted in the injury )
of Patrice Packer; Defendants O and P, being the )
correct legal designation of the person or entity on )
whose behalf the driver of the vehicle made the )
basis of this suit was acting at the time of the )
accident described herein and/or who leased, owned )
or was the carrier of the vehicle made the basis of )
this suit; Defendant Q and R, being the correct legal )
designation of any person, firm or entity who was )
the successor and/or predecessor in interest to any )
named Defendant and/or Defendant described )
fictitiously herein; all of whose true and correct )
legal identities are unknown at this time but will be )
added by amendment when ascertained. )
)

     Defendants.

## PLAINTIFFS' FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

     COME NOW the Plaintiffs in the above-styled cause, pursuant to the *Alabama Rules of Civil Procedure*, and propounds the following Interrogatories and Request for Production of Documents to

DOCUMENT 4

the Defendants, Ryder Transportation Services, Inc., Ryder Truck Rental, Inc., and Earl Travis Darden to be answered and responded to fully and completely within the time required by law:

You are reminded that under the provisions of *Rule 26(a)* you are under a duty to seasonably supplement your response with respect to any question directly addressed to (a) the identity and location of persons having knowledge of discoverable matters, and (b) the identity of each person expected to be called as an expert witness at trial, the subject matter on which he is expected to testify and the substance of his testimony.

You are under a duty to reasonably amend a prior response if you obtain information upon the basis of which (a) you know that the response was incorrect when made, or (b) you know that the response, though correct when made is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

Any such supplemental response is to be filed and served upon counsel of record for the Plaintiff within fifteen (15) days after receipt of such information.

## DEFINITIONS

Unless otherwise indicated the following definitions shall be applicable to these Interrogatories:

"You" and "your" shall mean the Defendant and each of its employees, agents, or representatives, and all other persons acting on its behalf.

"Person" shall mean any individual, partnership, firm, association, corporation or other business, government or legal entity.

"Company" shall mean any individual, partnership, firm, association, corporation or other business, government, or legal entity.

"Document" shall mean any written, recorded, transcribed, punched, taped, filmed, or graphic matter of any kind or description, however produced or reproduced.

"Identify" and "identification," when used with reference to a document, shall mean to state

its date, author or signor, addressee, type of document and all other means of identify it, and its present or last known location or custodian. If any document was, but is no longer in your possession, custody or control state what disposition was made of it and the reason for its disposition.

## PLAINTIFFS FIRST SET OF INTERROGATORIES TO DEFENDANTS

1.      Name and identify each person whom you expect to call as an expert witness at the trial of this cause, giving the address of each person and a list of his or her educational background and experience which you claim qualifies such person as an expert.

**RESPONSE:**

2.      State the subject matter on which each person named in the response to Interrogatory Number 1 is expected to testify and state the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion held by each expert.

**RESPONSE:**

3.      State the name and last known address of each person known to you who was:

     (a)     An eyewitness to the incident referred to in the Complaint;
     (b)     Within sight or hearing distance of the incident referred to in the Complaint; and
     (c)     In possession of firsthand knowledge of the facts and circumstances of the incident referred to in the Complaint, or of the events leading up to or following said incident.

**RESPONSE:**

4.      State the name and last known address of each person known to you who has <u>any knowledge</u> whatsoever regarding the facts and circumstances surrounding the incident referred to in the Complaint.

**RESPONSE:**

5.      State the name and last known address of each person known to you who claims to have seen or heard any of the parties (or their agents, servants, employees or anyone acting on their behalf) make any statement(s) pertaining to the incident referred to in the Complaint.

**RESPONSE:**

6.      Please give a detailed description of how the accident made the basis of this lawsuit occurred.

**RESPONSE:**

7.      Please give a detailed description of your activities during the twenty-four (24) hour period prior to this accident.

**RESPONSE:**

8.    If you were on any type of medication or had consumed any alcohol or any type of substance that impacted your faculties, please identify with specificity the medication or substance, the amount consumed, and when last taken.

**RESPONSE:**

9.    If you contend that this accident was caused as a result of any health condition from which you may suffer, please identify said health condition and the role that it allegedly played in the accident.

**RESPONSE:**

10.    If you contend that Plaintiff were contributorily negligent, please identify each and every fact upon which you base that allegation.

**RESPONSE:**

11.    Please state the name of your automobile insurer for liability, umbrella, and excess coverage, on the date of this accident, including your policy number, the extent of your coverage and a copy of declarations page.

**RESPONSE:**

12.    Please identify with specificity any and all driving violations of any type for which you have ever been cited.

**RESPONSE:**

13.    Please identify with specificity any criminal offense with which you may have been charged and been either convicted or pled guilty to.

**RESPONSE:**

14.    Please identify with specificity any and all civil lawsuits that you may have been involved in as a party.

**RESPONSE:**

15.    Treating this interrogatory as a request for production pursuant to Rule 34 of the Alabama Rules of Civil Procedure, please produce the following:

      (a)    Any and all materials, writings, documents, reports, memorandum, or any material of any type whatsoever that was relied upon in the preparation of answers to these interrogatories; and

      (b)    Any and all trial exhibits.

DOCUMENT 4

**RESPONSE:**

     16.    Please describe the work activities that you and/or your Defendant driver were engaged in at the time of the accident made the basis of this lawsuit.

**RESPONSE:**

     17.    Please state the job title held by Defendant on the date of the accident.

**RESPONSE:**

     18.    Please describe the ownership history of the vehicle being operated by you or your driver at the time of the accident made the basis of this lawsuit.

**RESPONSE:**

     19.    Treating this interrogatory as a request for production pursuant to Rule 34 of the Alabama Rules of Civil Procedure, please produce the following:

         (a)    The name of your cellular service provider at the time of the wreck;
         (b)    The telephone number of your cellular phone at the time of the wreck; and
         (c)    A complete copy of your call log for the day of the wreck, including, but not limited to, any and all telephone calls made and received, text messages made and received, photo messages made and received, and instant messages made and received.

**RESPONSE:**

     20.    Please state whether your name is correctly set forth as a Defendant in this cause; if not, please state your correct name. For any person providing the answers for the interrogatory on behalf this Defendant, state the name, title, address, phone number, date of birth, and length of time employed by the company.

**RESPONSE:**

     21.    Please state whether or not this Defendant is a corporation, partnership, or sole proprietorship. If a corporation, please describe the exact nature of said corporation.

**RESPONSE:**

## <u>PLAINTIFFS' FIRST REQUEST FOR PRODUCTION TO DEFENDANTS</u>

     Please produce copies of the following documents to the attorney for the Plaintiffs as required by the Alabama Rules of Civil Procedure:

     1.    Your complete investigative file relating to the accident made the basis of this lawsuit, including any investigation conducted by any third party on your behalf.

**RESPONSE:**

DOCUMENT 4

2.      Any and all photographs that relate to the scene of the accident, the vehicles involved in the accident, or which relate in any way to the accident made the basis of this lawsuit.

**RESPONSE:**

3.      Any and all diagrams, schematics, rough drawings, or other materials that reflect the accident scene, the position of the involved vehicles, landmarks, road signs, or other physical aspects of the accident and the accident scene.

**RESPONSE:**

4.      Any and all documents or materials of any type whatsoever that relate to the damages sustained by the vehicles involved in the accident, said request to include, but not limited to, damage estimates, body shop estimates, repair tickets, repair invoices, and/or appraisals of the vehicles.

**RESPONSE:**

5.      Any and all documents or materials of any type whatsoever reflecting ownership of the vehicle you were operating at the time of the accident made the basis of this lawsuit.

**RESPONSE:**

6.      Any and all documents or materials of any type whatsoever that relate to any business you were on, errand you were running, or task that you were performing at the time of the accident made the basis of this lawsuit.

**RESPONSE:**

7.      To the extent you contend any health condition from which you may be suffering contributed to the accident made the basis of this lawsuit, any and all documents or materials of any type whatsoever that support this contention.

**RESPONSE:**

8.      To the extent you contend that Plaintiff was contributorily negligent, any and all documents or materials of any type whatsoever that relate to this allegation.

**RESPONSE:**

9.      Any and all documents or materials of any type whatsoever that relate in any way to the driving record of Defendant.

**RESPONSE:**

10.     Please produce a copy of the driver's license of Defendant.

**RESPONSE:**

11.     Any and all contracts of insurance, contracts of indemnity, and/or third-party

indemnity agreements which in any way provide insurance coverage or indemnification to you for the events made the basis of this lawsuit.

**RESPONSE:**

      Respectfully submitted this the 11th day of May, 2017.


*/s/ Woodford W. Dinning, Jr*
Woodford W. Dinning, Jr.  (DIN002)
Attorney for Plaintiffs
Lloyd & Dinning, LLC
Post Office Drawer 740
Demopolis, Alabama 36732
Telephone: (334) 289-0556

*/s/ John M. Gibbs*
John M. Gibbs (GIB028)
Attorney for Plaintiffs
Gibbs & Sellers, PC
Post Office Box1276
Demopolis, Alabama 36732
Telephone: (334) 289-2255


**<u>TO BE SERVED SIMULTANEOUSLY WITH SUMMONS AND COMPLAINT</u>**



AlaFile E-Notice

48-CV-2017-900053.00

To:  WOODFORD W. DINNING JR.
     wwdjr@ldllc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following complaint was FILED on 5/11/2017 11:15:47 AM

Notice Date:     5/11/2017 11:15:47 AM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2017-900053.00

To: RYDER TRANSPORTATION SERVICES, INC.
POST OFFICE BOX 2377
CENTENNIAL, CO, 80161

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following complaint was FILED on 5/11/2017 11:15:47 AM

Notice Date:     5/11/2017 11:15:47 AM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2017-900053.00

To:  RYDER TRUCK RENTAL, INC.
2519 SELLER ROAD
MERIDIAN, MS, 39301

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following complaint was FILED on 5/11/2017 11:15:47 AM

Notice Date:      5/11/2017 11:15:47 AM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2017-900053.00

To:   EARL TRAVIS DARDEN
      8991 COOK RD
      BAILEY, MS, 39320

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following complaint was FILED on 5/11/2017 11:15:47 AM

Notice Date:      5/11/2017 11:15:47 AM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>48-CV-2017-900053.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA
### PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL

**NOTICE TO:** RYDER TRANSPORTATION SERVICES, INC., POST OFFICE BOX 2377, CENTENNIAL, CO 80161

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WOODFORD W. DINNING JR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 740, DEMOPOLIS, AL 36732

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PATRICE PACKER
pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| 5/11/2017 11:15:47 AM | /s/ KENNY FREEMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ WOODFORD W. DINNING JR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____.

*(Date)*

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | _____ | _____ |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>48-CV-2017-900053.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA
### PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL

**NOTICE TO:** RYDER TRUCK RENTAL, INC., 2519 SELLER ROAD, MERIDIAN, MS 39301
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WOODFORD W. DINNING JR.
_____,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 740, DEMOPOLIS, AL 36732
_____.
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PATRICE PACKER
pursuant to the Alabama Rules of the Civil Procedure.                                          *[Name(s)]*

| 5/11/2017 11:15:47 AM | /s/ KENNY FREEMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ WOODFORD W. DINNING JR.
_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.
*(Date)*

_____     _____     _____
*(Type of Process Server)*          *(Server's Signature)*                  *(Address of Server)*

                                   _____     _____
                                   *(Server's Printed Name)*              *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>48-CV-2017-900053.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA
### PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL

**NOTICE TO:** EARL TRAVIS DARDEN, 8991 COOK RD, BAILEY, MS 39320

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WOODFORD W. DINNING JR.,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 740, DEMOPOLIS, AL 36732

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PATRICE PACKER pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 5/11/2017 11:15:47 AM | /s/ KENNY FREEMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ WOODFORD W. DINNING JR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____     _____     *(Address of Server)*

*(Type of Process Server)*          *(Server's Signature)*

_____     _____

*(Server's Printed Name)*          *(Phone Number of Server)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RYDER TRUCK RENTAL, INC.

2519 SELLER ROAD

MERIDIAN, MS 39301



9590 9402 2683 6351 4443 87

2. Article Number (Transfer from service label)

7015 1730 0001 4369 4694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Turta L. Moss_    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

                                 6 9 17

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

CV-2017-900053

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~ted Delivery~~

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



AlaFile E-Notice

48-CV-2017-900053.00

Judge: HON. EDDIE HARDAWAY

To: DINNING WOODFORD WYNDHAM
wwdjr@ldllc.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following matter was served on 5/19/2017

**D002 RYDER TRUCK RENTAL, INC.**

**Corresponding To**

CERTIFIED MAIL

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



**AlaFile E-Notice**

48-CV-2017-900053.00

Judge: HON. EDDIE HARDAWAY

To:  GIBBS JOHN MARCUS
jgibbs68@bellsouth.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following matter was served on 5/19/2017

**D002 RYDER TRUCK RENTAL, INC.**

**Corresponding To**

CERTIFIED MAIL

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EARL TRAVIS DARDEN

8991 COOK RD

BAILEY, MS 39320



9590 9402 2683 6351 4443 70

2. Article Number *(Transfer from service label)*

7015 1730 0001 4369 4298

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Lettie V Darden*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

5/7/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

CV-2017-900053

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ d Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



AlaFile E-Notice

48-CV-2017-900053.00

Judge: HON. EDDIE HARDAWAY

To: DINNING WOODFORD WYNDHAM
wwdjr@ldllc.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following matter was served on 5/19/2017

**D003 DARDEN EARL TRAVIS**
**Corresponding To**
CERTIFIED MAIL

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2017-900053.00

Judge: HON. EDDIE HARDAWAY

To:   GIBBS JOHN MARCUS
      jgibbs68@bellsouth.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following matter was served on 5/19/2017

**D003 DARDEN EARL TRAVIS**
**Corresponding To**
CERTIFIED MAIL

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RYDER TRANSPORTATION SERVICES, INC.

POST OFFICE BOX 2377

CENTENNIAL, CO 80161

CV-2017-900053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____

☒ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Chas. Franklin    5/22/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 2683 6351 4443 63

2. Article Number (Transfer from service label)

7016 0600 0000 6319 8595

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



**AlaFile E-Notice**

48-CV-2017-900053.00

Judge: HON. EDDIE HARDAWAY

To:  DINNING WOODFORD WYNDHAM
     wwdjr@ldllc.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following matter was served on 5/22/2017

**D001 RYDER TRANSPORTATION SERVICES, INC.**
**Corresponding To**
CERTIFIED MAIL

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2017-900053.00

Judge: HON. EDDIE HARDAWAY

To:   GIBBS JOHN MARCUS
jgibbs68@bellsouth.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PATRICE PACKER ET AL V. RYDER TRANSPORTATION SERVICES, INC. ET AL
48-CV-2017-900053.00

The following matter was served on 5/22/2017

**D001 RYDER TRANSPORTATION SERVICES, INC.**

**Corresponding To**

CERTIFIED MAIL

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov